ACCEPTED
08-24-00357-CV
EIGHTH COURT OF APPEALS
EL PASO, TEXAS
11/5/2024 10:36 AM
ELIZABETH G. FLORES
CLERK

08-24-00357-CV

**No. 08-24-00357-CV**

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS
11/5/2024 10:36:53 AM
ELIZABETH G. FLORES
Clerk

**IN THE EIGHTH DISTRICT COURT OF APPEALS**
**EL PASO, TEXAS**

Michael Helling, Jackson Helling, and Courtney Trujillo,
Appellants,

v.

Tanya Kerr and TDK Acquisitions, LLC d/b/a/ T. Kerr Property Group,
Appellees.

## APPELLANTS' UNOPPOSED EMERGENCY MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

TO THE HONORABLE COURT:

Appellants Michael Helling, Jackson Helling, and Courtney Trujillo file this second Unopposed Motion for Extension of Time to file their opening brief, requesting a one-week extension, and in support state as follows.

Appellants' opening brief is due on November 5, 2024. That deadline was the byproduct of a two-week extension of the initial deadline based on the parties' efforts to facilitate prospects for mediation. This is Appellants's second motion to extend the deadline.

An emergency has occurred that renders it impossible for Appellants to file the brief of appellants by today's deadline. Counsel for Appellees has graciously agreed that the circumstances warrant an extension and do not oppose this request. Counsel for Appellants thus make this unopposed request to extend the deadline for filing their opening brief until November 12, 2024.

This motion is filed so that justice may be done.

## **PRAYER FOR RELIEF**

Wherefore, premises considered, Appellants respectfully request that the deadline for filing their opening brief be extended until November 12, 2024.

Respectfully submitted,
*/s/ Michael S. Truesdale*

| | |
|---|---|
| BARRON & NEWBURGER, P.C. | AMINI & CONANT, P.C. |
| Michael S. Truesdale | R. Alex Conant |
| Texas State Bar No. 00791825 | Texas State Bar No. 24074061 |
| mtruesdale@bn-lawyers.com | alex@aminiconant.com |
| Francesca A. DiTroia | Aaron T. Gankofskie |
| Texas State Bar No. 24097596 | aaron@aminiconant.com |
| 7320 N. MoPac Expy. | Texas State Bar No. 24101785 |
| Greystone II, Suite 400 | 1204 San Antonio Street |
| Austin, TX 78731 | Second Floor |
| 737-263-1241 | Austin, TX 78701 |
| 512-279-0310 (fax) | 512-222-6883 |
| Counsel for Michael Helling and | 512-990-7967 (fax) |
| Jackson Helling | Counsel for Courtney Trujillo |

2

## CERTIFICATE OF CONFERENCE

The undersigned certifies that he conferred with Austin Jones, counsel for Appellees, regarding the merits of this motion, and Mr. Jones graciously confirmed that the relief requested in this motion is unopposed.

*/s/ Michael S. Truesdale*
Michael S. Truesdale

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of this motion was served on Austin Jones, counsel for Appellees, by e-filing on this fifth day of November, 2024.

*/s/ Michael S. Truesdale*
Michael S. Truesdale

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Michael Truesdale on behalf of Michael  Truesdale
Bar No. 791825
mtruesdale@bn-lawyers.com
Envelope ID: 93939708
Filing Code Description: Motion
Filing Description: Appellants' Motion for Extension of Time to file Brief of Appellants
Status as of 11/5/2024 1:17 PM MST

Associated Case Party: JacksonHelling

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Francesca A.Di Troia | | fditroia@bn-lawyers.com | 11/5/2024 10:36:53 AM | SENT |
| Michael STruesdale | | mtruesdale@bn-lawyers.com | 11/5/2024 10:36:53 AM | SENT |

Associated Case Party: TanyaKerr

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Tanya Kerr | | ajones@mcginnislaw.com | 11/5/2024 10:36:53 AM | SENT |

Associated Case Party: TDK Acquisitions, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| austin jones | | ajones@mcginnislaw.com | 11/5/2024 10:36:53 AM | SENT |

Associated Case Party: CourtneyTrujillo

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Roger Conant | 24074061 | alex@aminiconant.com | 11/5/2024 10:36:53 AM | SENT |